IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BANKRUPTCY ESTATE OF HAROLD
MILLER AND CELESTA JEAN MILLER,

                                                   ORDER

                   Plaintiff,

                                       11-cv-850-bbc

      v.

KRAFT FOODS GLOBAL, INC.,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephone status conference was held in this case on May 30, 2012, to discuss the status of the settlement in this case.  Plaintiff appeared by bankruptcy trustee, Michael Kepler.  Defendant appeared by Daniel Kaplan.

At the hearing, counsel for defendant confirmed that the proposed settlement agreement has been provided to the bankruptcy trustee for approval by the bankruptcy court.  However, before the settlement can be approved, a 21-day notice of the settlement must be given to creditors of the bankruptcy estate.  Counsel expect that the bankruptcy court will approve the settlement shortly thereafter.

The parties will have until July 12, 2012, to complete the settlement.  If the court

1

does not receive final settlement paperwork by July 12, 2012, it will set the matter on for

an in-person status conference.

Entered this 30th day of May, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge